UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        13-Cr-414 (SHS)

     -against-                              :

                                             ORDER

FRANK BOATENG,                               :

                 Defendant(s).        :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        IT IS HEREBY ORDERED that Anthony Strazza, Esq., the CJA attorney on duty

today, is appointed to represent the defendant pursuant to the Criminal Justice Act in connection

with defendant's violation of supervised release proceeding.

Dated: New York, New York
       December 17, 2020

                                     SO ORDERED

                                     SIDNEY H. STEIN
                                     U.S.D.J.