UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13-Cr-414 (SHS) |
| -against- | : | |
| | | ORDER |
| FRANK BOATENG, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    A videoconference having been held today, with defendant and counsel for all parties participating,

    IT IS HEREBY ORDERED that the violation hearing is scheduled for April 26, 2021, at 9:30 a.m.

Dated: New York, New York
       February 22, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.