UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  13-Cr-414 (SHS)

    -against-  :

        ORDER

FRANK BOATENG,  :

    Defendant(s).  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The violation proceeding scheduled to take place in this matter on April 26, 2021, at 9:30 a.m. will occur as a videoconference using the MS Teams platform. The Teams link will be emailed to all participants.

    To optimize use of the Court's video conferencing technology, all participants in the call must:

    Use a browser other than Microsoft Explorer to access MS Teams;

    Position the participant's device as close to the WiFi router as is feasible;

    Ensure any others in the participant's household are not using WiFi during the period of the call;

    Unless the participant is using a mobile telephone to access MS Teams, connect to audio by having the system call the participant; and

    If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and entering Conference ID: 110182981#.

Dated: New York, New York
       April 20, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.