UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  13-Cr. 414 (SHS)

-v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
FRANK BOATENG  :  TELECONFERENCE

Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant  FRANK BOATENG  hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

\_\_\_\_  Initial Appearance/Appointment of Counsel

\_\_\_\_  Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_  Preliminary Hearing on Felony Complaint

_X_  Bail/Revocation/Detention Hearing

\_\_\_\_  Status and/or Scheduling Conference

\_\_\_\_  Misdemeanor Plea/Trial/Sentence

_FB. by Anthony Strazza_
Defendant's Signature (Judge may obtain Verbal consent on Record and Sign for Defendant

_[signature]_
Defense Counsel's Signature

FRANK BOATENG
Print Defendant's Name

ANTHONY STRAZZA
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

New York, New York
April 26, 2021
Date

_[signature]_
Sidney H. Stein, U.S.D.J.