LAW OFFICE OF ANTHONY STRAZZA
245 MAIN STREET, SUITE 420, WHITE PLAINS, NY 10601
OFFICE: 914.428.3700 ♦ FAX: 914.517.5912 ♦ AS@STRAZZALAW.COM

May 27, 2021

***BY ECF***

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    United States v. Frank Boateng
13 Cr. 414 (SHS)

Dear Judge Stein:

As the Court is aware, I represent the defendant, Frank Boateng, in the above-referenced matter. Mr. Boateng is currently scheduled to be sentenced on June 9, 2021. I am writing with the consent of the Government to respectfully request an adjournment of this proceeding as we need more time to obtain documents that we would like the Court to consider in advance of sentencing. After conferring with the Government, I am requesting that this matter be adjourned to any date and time that is convenient for the Court during the weeks of July 12, 2021, July 19, 2021, or July 26, 2021- *EXCEPT* for the following dates: July 16, 20, 23 and 30, 2021.

The Court's time and attention to this request are very much appreciated.

*Respectfully submitted,*

-s-

Anthony Strazza, Esq.

cc:    All parties via ECF

**The sentencing is adjourned to July 22, 2021, at 12:00 p.m. The defense submissions are due by July 8, the government submissions are due by July 15.**

**Dated: New York, New York**
**May 27, 2021**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**